# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ANDREW H. RETZER

    Plaintiff,

v.                                                  Case No. 3:19-cv-911-J-32JRK

ST. VINCENTS HOSPITAL,
BAPTIST HOSPITAL, and UF
HOSPITAL,

    Defendants.

## O R D E R

On October 18, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending that this case be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

3. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of November, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Pro se Plaintiff

2